```
 1  KEKER & VAN NEST, LLP
    STUART L. GASNER - #164675
 2  ERIC H. MacMICHAEL - #231697
    JENNIFER A. HUBER - #250143
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5
    Attorneys for Defendant
 6  UBS SECURITIES LLC
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION
11
12  RICHARD J. STOEHR,              Case No. C-08-0185-MEJ
13                    Plaintiff,    PROOF OF SERVICE
                                    (Notice of Removal of Action Under 18 U.S.C.
14       v.                         §1441 (Diversity); USDC Welcome Packet; Drop
                                    Box Filing Procedures; Notice of Assignment to
15  UBS SECURITIES LLC AND DOES 1   Magistrate Judge for Trial; ECF Registration
    THROUGH 50,                     Information Handout; Order Setting Initial Case
16                                  Management Conference and ADR Deadlines)
                      Defendants.
17                                  Judge:    Hon. Maria-Elena James
18
```

409232.01

PROOF OF SERVICE (Notice of Removal of Action Under 28 U.S.C. §1441 (Diversity), et al.)
CASE NO. C-08-0185-MEJ

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to this action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On January 11, 2008, I served the following document(s):

(1) NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441 (DIVERSITY)

(2) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO -- GUIDELINES

(3) DROP BOX FILING PROCEDURES

(4) NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

(5) ECF REGISTRATION INFORMATION HANDOUT

(6) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CASE MANAGEMENT STANDING ORDER – MAGISTRATE JUDGE MARIA-ELENA JAMES; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM; [BLANK] CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

by Courier, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Time Machine Network, whose address is 965 Mission Street, Suite 500, San Francisco, California 94103, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Kenneth G. Johnson, Esq.
Jones, Clifford, Johnson & Johnson LLP
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Tel: (415) 431-5310
Fax: (415) 431-2266

408991.01

1

PROOF OF SERVICE (Notice of Removal of Action Under 28 U.S.C. §1441 (Diversity), et al.)
CASE NO. C-08-0185 MEJ

1 | Executed on January 11, 2008, at San Francisco, California.

2 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*[Signature: Roseann Cirelli]*

ROSEANN CIRELLI

---

2

PROOF OF SERVICE (Notice of Removal of Action Under 28 U.S.C. §1441 (Diversity), et al.)
CASE NO. C-08-0185 MEJ

408991.01