KENNETH G. JOHNSON, ESQ. SBN 59558
**JONES, CLIFFORD, JOHNSON & JOHNSON, LLP**
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 431-5310
Facsimile: (415) 431-2266

Attorneys for Plaintiff
RICHARD J. STOEHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>Plaintiff,<br><br>vs.<br><br>UBS SECURITIES, LLC, as SUCCESSOR-IN-INTEREST TO SBC WARBURG DILLON READ, INC. and DOES 1 through 50,<br><br>Defendants | Case No.: C-08-0185-MEJ<br><br>**PLAINTIFF'S DEMAND FOR TRIAL BY JURY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 38**<br><br>JUDGE: HON. MARIA ELENA JAMES<br><br>REMOVAL DATE: January 10, 2008 |

PLEASE TAKE NOTICE that Plaintiff RICHARD J. STOEHR, by and through his attorneys of record, hereby demand a trial by jury on all triable issues pursuant to Federal Rules of Civil Procedure 38 (a) and (b).

Dated: January 18, 2008        JONES, CLIFFORD, JOHSON & JOHNSON, LLP


By: /s/ Kenneth G. Johnson
KENNETH G. JOHNSON, ESQ.
Attorneys for Plaintiff
RICHARD J. STOEHR

1

**PLAINTIFF'S DEMAND FOR TRIAL BY JURY**
Case No.: C-08-0185-MEJ