KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
ERIC H. MACMICHAEL - #231697
JENNIFER A. HUBER - #250143
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
UBS SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>                   Plaintiff,<br><br>    v.<br><br>UBS SECURITIES LLC AND DOES 1 THROUGH 50,<br><br>             Defendants. | Case No. C-08-0185-MEJ<br><br>**NOTICE OF APPEARANCE**<br><br>Judge:    Hon. Maria-Elena James |

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2

 **PLEASE TAKE NOTICE** that the law offices of Keker & Van Nest LLP hereby enters

3

this Notice of Appearance for Stuart L. Gasner and Eric H. MacMichael in the above-referenced

4

action as counsel for Defendant UBS SECURITIES LLC, and requests that all briefs, motions,

5

orders, correspondence and other papers be served as follows:

6

         KEKER & VAN NEST, LLP
         710 Sansome Street

7

        San Francisco, California 94111
        Telephone:  (415) 391-5400

8

        Facsimile:  (415) 397-7188

9

         STUART L. GASNER

10

      e-mail:  sgasner@kvn.com
       ERIC H. MACMICHAEL

11

     e-mail:  emacmichael@kvn.com
       JENNIFER A. HUBER

12

       e-mail:  jhuber@kvn.com

13

14

Dated:  January 29, 2008       KEKER & VAN NEST, LLP

15

16

       By:  s/Stuart L. Gasner

17

        STUART L. GASNER
        ERIC H. MACMICHAEL

18

        JENNIFER A. HUBER
        Attorneys for Defendant

19

        UBS SECURITIES LLC

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
CASE NO. C-08-0185-MEJ

410247.01