1  KEKER & VAN NEST, LLP
   STUART L. GASNER - #164675
2  ERIC H. MACMICHAEL - #231697
   JENNIFER A. HUBER - #250143
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Defendant
6  UBS SECURITIES LLC

7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | RICHARD J. STOEHR,            | Case No. C-08-0185-MEJ
13 |                    Plaintiff, | **NOTICE OF APPEARANCE**
14 |        v.                     | Judge:   Hon. Maria-Elena James
15 | UBS SECURITIES LLC AND DOES 1 |
   | THROUGH 50,                   |
16 |                               |
   |                   Defendants. |
17

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law offices of Keker & Van Nest LLP hereby enters this Notice of Appearance for Stuart L. Gasner and Eric H. MacMichael in the above-referenced action as counsel for Defendant UBS SECURITIES LLC, and requests that all briefs, motions, orders, correspondence and other papers be served as follows:

> KEKER & VAN NEST, LLP
> 710 Sansome Street
> San Francisco, California 94111
> Telephone: (415) 391-5400
> Facsimile: (415) 397-7188
>
> STUART L. GASNER
> e-mail: sgasner@kvn.com
> ERIC H. MACMICHAEL
> e-mail: emacmichael@kvn.com
> JENNIFER A. HUBER
> e-mail: jhuber@kvn.com

Dated: January 29, 2008                                KEKER & VAN NEST, LLP


By: s/Stuart L. Gasner
STUART L. GASNER
ERIC H. MACMICHAEL
JENNIFER A. HUBER
Attorneys for Defendant
UBS SECURITIES LLC

---

410247.01

1
NOTICE OF APPEARANCE
CASE NO. C-08-0185-MEJ