1 | KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
2 | ERIC H. MACMICHAEL - #231697
JENNIFER A. HUBER - #250143
3 | 710 Sansome Street
San Francisco, CA  94111-1704
4 | Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
5

6 | Attorneys for Defendant
UBS SECURITIES LLC

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | RICHARD J. STOEHR,                                    Case No. C-08-0185

13 |                                        Plaintiff,     **DECLINATION TO PROCEED BEFORE
                                                          A MAGISTRATE JUDGE AND
14 |          v.                                          REQUEST FOR REASSIGNMENT TO A
                                                          UNITED STATES DISTRICT JUDGE**
15 | UBS SECURITIES LLC AND DOES 1
THROUGH 50,
16
                                       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

411214.01

1    REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2    The undersigned party hereby declines to consent to the assignment of this case to a

3    United States Magistrate Judge for trial and disposition and hereby request the reassignment of

4    this case to a United States District Judge.

6    Dated:  February 15, 2008                    Respectfully Submitted,

7                                                KEKER & VAN NEST, LLP

10                                   By:  /s/ Eric MacMichael
                                          ERIC MACMICHAEL
11                                        Attorneys for Defendant
                                          UBS SECURITIES LLC

1

411214.01