1  KEKER & VAN NEST, LLP
   STUART L. GASNER - #164675
2  ERIC H. MACMICHAEL - #231697
   JENNIFER A. HUBER - #250143
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant
6  UBS SECURITIES LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12  RICHARD J. STOEHR,                         Case No. C-08-0185-MEJ

13                        Plaintiff,           **[PROPOSED] ORDER GRANTING UBS
                                               SECURITIES LLC'S MOTION TO
14       v.                                    DISMISS PURSUANT TO FEDERAL
                                               RULE OF CIVIL PROCEDURE 12(B)(6)**
15  UBS SECURITIES LLC AND DOES 1
    THROUGH 50,
16
                          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING UBS SECURITIES LLC'S MOTION TO DISMISS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)
CASE NO. C-08-0185

411216.01

1    Defendant UBS Securities LLC's Motion to Dismiss the Complaint, having come before

2    the Court on March 21, 2008, and the Court having considered the parties' briefs and the

3    arguments of counsel, and good cause appearing therefore,

4    **IT IS HEREBY ORDERED** that:

5    UBS Securities LLC's Motion to Dismiss the Complaint is GRANTED.  The Complaint

6    is hereby dismissed without leave to amend.

7

8    **IT IS SO ORDERED**.

9    Dated: March      , 2008

10

11                                                    By:_____

12                                                         THE HONORABLE MARIA ELENA-JAMES

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

411216.01