```
 1  KEKER & VAN NEST, LLP
    STUART L. GASNER - #164675
 2  ERIC MACMICHAEL - #231697
    JENNIFER A. HUBER - #250143
 3  710 Sansome Street
    San Francisco, CA 94111-1704
 4  Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
 5

 6  Attorneys for Defendant
    UBS SECURITIES LLC
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>                Plaintiff,<br><br>v.<br><br>UBS SECURITIES LLC AND DOES 1 THROUGH 50,<br><br>                Defendants. | CASE NO. C-08-00185 MEJ<br><br>**DEFENDANT UBS SECURITIES LLC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-16** |

1      Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, the
2  undersigned certifies that: (1) UBS Securities LLC is an indirect, wholly-owned subsidiary of
3  UBS AG; (2) no publicly-held corporation, other than UBS AG, holds 10% or more of UBS
4  Securities LLC's stock; and (3) the following listed persons, associations of persons, firms,
5  partnerships, corporations or other entities (i) have a financial interest in the subject matter in
6  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject
7  matter or in a party that could be substantially affected by the outcome of this proceeding: UBS
8  AG, and UBS Americas, Inc.
9      At this time, the undersigned is not aware of any other interested individuals or entities,
10 but reserves the right to file a supplemental statement upon any change in the information that
11 this statement requires.

13     Respectfully submitted,

14 Dated: February 15, 2008     KEKER & VAN NEST, LLP

17 By: /s/ Eric MacMichael
    ERIC MACMICHAEL
    Attorneys for Defendant
18     UBS SECURITIES LLC

---

1

**DEFENDANT UBS SECURITIES LLC'S DISCLOSURE STATEMENT**
CASE NO. C-08-00185 MEJ

409458.01