KENNETH G. JOHNSON, ESQ. SBN 59558
**JONES, CLIFFORD, JOHNSON & JOHNSON, LLP**
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 431-5310
Facsimile: (415) 431-2266

Attorneys for Plaintiff
RICHARD J. STOEHR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>    Plaintiff,<br><br>vs.<br><br>UBS SECURITIES, LLC, as SUCCESSOR-IN-INTEREST TO SBC WARBURG DILLON READ, INC. and DOES 1 through 50,<br><br>    Defendants | Case No.: C-08-0185-MEJ<br><br>**NOTICE OF APPEARANCE**<br><br>JUDGE: HON. MARIA ELENA JAMES<br><br>REMOVAL DATE: January 10, 2008 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the Law Offices of JONES, CLIFFORD, JOHNSON & JOHNSON, LLP enter a Notice of Appearance for Dov M. Grunschlag in the aforementioned matter as co-counsel for Plaintiff Richard J. Stoehr.

**PLEASE FURTHER TAKE NOTICE** that we request that all Future Briefs, Motions, Orders, correspondence and other papers be forwarded to him at the following address:

////

////

Dov M. Grunschlag, Esq.
CARTER, CARTER, FRIES & GRUNSCHLAG
California State Bar No.: 42040
44 Montgomery Street, Ste 2500
San Francisco, CA 94104
Telephone (415) 989-4800
Facsimile (415) 989-4864
Email: dgrunschlag@carterfries.com

Dated: February 19, 2008          **JONES, CLIFFORD, JOHSON & JOHNSON, LLP**

By: /s/Kenneth G. Johnson
    KENNETH G. JOHNSON, ESQ.
    Attorneys for Plaintiff
    RICHARD J. STOEHR