KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
ERIC H. MACMICHAEL - #231697
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
UBS SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>            Plaintiff,<br><br>     v.<br><br>UBS SECURITIES LLC AND DOES 1 THROUGH 50,<br><br>            Defendants. | Case No. C-08-0185-SC<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: May 29, 2008

UBS SECURITIES LLC

By: /s/ Karen Yen
KAREN YEN

Dated: May 29, 2008

KEKER & VAN NEST, LLP

By: /s/ Eric MacMichael
ERIC MACMICHAEL
Attorneys for Defendant

Dated: May 29, 2008

RICHARD STOEHR

By:/s/ Richard Stoehr
RICHARD STOEHR
Plaintiff

Dated: May 29, 2008

JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

By: /s/ Kenneth G. Johnson
KENNETH G. JOHNSON
Attorneys for Plaintiff