KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
ERIC H. MACMICHAEL - #231697
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
UBS SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>               Plaintiff,<br><br>v.<br><br>UBS SECURITIES LLC AND DOES 1 THROUGH 50,<br><br>               Defendants. | Case No. C-08-0185-SC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Early Neutral Evaluation** (ENE) (ADR L.R. 5)

The parties agree to hold the ADR session within 90 days of the Court's ruling on Defendant UBS Securities' Motion to Dismiss the Complaint, which is presently under submission.

Dated: May 30, 2008                                KEKER & VAN NEST, LLP

By: /s/ Eric MacMichael
ERIC MACMICHAEL
Attorneys for Defendant

Dated: May 29, 2008                                JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

By: /s/ Kenneth G. Johnson
KENNETH G. JOHNSON
Attorneys for Plaintiff

# [PROPOSED] ORDER

Pursuant to the Stipulation above, this matter is referred to Early Neutral Evaluation, which shall occur within 90 days of the Court's ruling on Defendant UBS Securities' Motion to Dismiss the Complaint.

**IT IS SO ORDERED.**

Dated: May ___, 2008

By:_____
THE HONORABLE SAMUEL CONTI