1  KEKER & VAN NEST, LLP
   STUART L. GASNER - #164675
2  ERIC H. MACMICHAEL - #231697
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendant
   UBS SECURITIES LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11
   RICHARD J. STOEHR,                    Case No. C-08-0185-SC
12
                       Plaintiff,
13                                        **STIPULATION AND [PROPOSED]
        v.                                ORDER SELECTING ADR PROCESS**
14
   UBS SECURITIES LLC AND DOES 1
15 THROUGH 50,

16                     Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

418487.01

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C-08-0185-SC

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3  The parties agree to participate in the following ADR process:

4  **Early Neutral Evaluation** (ENE) (ADR L.R. 5)

5  The parties agree to hold the ADR session within 90 days of the Court's ruling on
6  Defendant UBS Securities' Motion to Dismiss the Complaint, which is presently under
7  submission.

8  Dated: May 30, 2008                    KEKER & VAN NEST, LLP

11                                         By: /s/ Eric MacMichael
                                              ERIC MACMICHAEL
                                              Attorneys for Defendant

13 Dated: May 29, 2008                    JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

15                                         By: /s/ Kenneth G. Johnson
                                              KENNETH G. JOHNSON
                                              Attorneys for Plaintiff

18                    [~~PROPOSED~~] ORDER

19  Pursuant to the Stipulation above, this matter is referred to Early Neutral Evaluation,
20  which shall occur within 90 days of the Court's ruling on Defendant UBS Securities' Motion to
21  Dismiss the Complaint.

22  **IT IS SO ORDERED.**

23  Dated: ~~May~~ June 4, 2008

25  By: /s/ Samuel Conti
                      THE HONORABLE SAMUEL CONTI

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*

---

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C-08-0185-SC

418487.01