# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Stoehr,<br><br>                Plaintiff(s),<br><br>    v.<br><br>UBS Securities, LLC,<br><br>                Defendant(s). | 08-00185 SC ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**C. Delos Putz**
Attorney at Law
P.O. Box 146
San Geronimo, CA 94963
(415) 488-4123
putzd@usfca.edu

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00185 SC ENE                          - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: June 13, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov