1  KEKER & VAN NEST, LLP
   STUART L. GASNER - #164675
2  ERIC H. MACMICHAEL - #231697
   710 Sansome Street
3  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
4  Facsimile: (415) 397-7188

5  Attorneys for Defendant
   UBS SECURITIES LLC
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN FRANCISCO DIVISION
10

11
   RICHARD J. STOEHR,                    Case No. C-08-0185-MEJ
12
                          Plaintiff,     [PROPOSED] ORDER GRANTING UBS
13                                       SECURITIES LLC'S MOTION TO
         v.                              DISMISS AMENDED COMPLAINT
14                                       PURSUANT TO FEDERAL RULE OF
   UBS SECURITIES LLC AND DOES 1         CIVIL PROCEDURE 12(B)(6)
15 THROUGH 50,

16                        Defendants.    Date:   October 24, 2008
                                         Time:   10:00 a.m.
17                                       Dept:   Courtroom 1
                                         Judge:  Honorable Samuel Conti
18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER GRANTING UBS SECURITIES LLC'S MOTION TO DISMISS AMENDED
COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)
CASE NO. C-08-0185 SC

424306.01

1   Defendant UBS Securities LLC's Motion to Dismiss Amended Complaint, having come
2   before the Court on October 24, 2008, and the Court having considered the parties' briefs and the
3   arguments of counsel, and good cause appearing therefore,
4   **IT IS HEREBY ORDERED** that:
5   UBS Securities LLC's Motion to Dismiss the Complaint is GRANTED. The Complaint
6   is hereby dismissed without leave to amend.
7   **IT IS SO ORDERED.**
8   Dated: October ____, 2008

10   By:_____
     THE HONORABLE SAMUEL CONTI

1

[PROPOSED] ORDER GRANTING UBS SECURITIES LLC'S MOTION TO DISMISS AMENDED
COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)
CASE NO. C-08-0185 SC

424306.01