ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

September 4, 2008

Kenneth George Johnson
Jones, Clifford, Johnson & Johnson
100 Van Ness Ave 19th Flr
San Francisco, CA 94102
(415) 431-5310

Dov M. Grunschlag
Carter Carter Fries & Grunschlag
44 Montgomery Street, Suite 2500
San Francisco , CA 94104
415-989-7694

Jennifer Ann Huber
Eric H. MacMichael
Stuart L. Gasner
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111
415-391-5400

Re:   Stoehr v. UBS Securities, LLC
      Case No. C 08-00185 SC ENE

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff, to discuss the time frame for the ENE. We would like to schedule this for **Thursday, September 11, 2008 at 11:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fien
ADR Case Administrator