```
KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
ERIC H. MACMICHAEL - #231697
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
UBS SECURITIES LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UBS SECURITIES LLC AND DOES 1 THROUGH 50,<br><br>　　　　　　Defendants. | Case No. C-08-0185-SC<br><br>**NOTICE OF DEATH OF A PARTY AND STIPULATION EXTENDING HEARING ON MOTION TO DISMISS AMENDED COMPLAINT** |

1   Pursuant to Federal Rule of Civil Procedure 25(a), the parties hereby notify the Court of
2   the death of Plaintiff Richard Stoehr. In light of the death of the only named plaintiff, the parties
3   Hereby Stipulate and Agree as follows:
4   Defendant's Motion to Dismiss the Amended Complaint, which is scheduled to be heard
5   by the Court on October 24, 2008, should be continued until January 23, 2009 at 10:00 a.m.
6   The Status Conference which was scheduled for November 14, 2008 should be continued
7   until January 23, 2009 at 10:00 a.m.
8   Discovery is Stayed until the Status Conference on January 23, 2009.

Dated: October 2, 2008                    KEKER & VAN NEST, LLP


                                          By: /s/ Eric MacMichael
                                              ERIC MACMICHAEL
                                              Attorneys for Defendant

Dated: October 2, 2008                    JONES, CLIFFORD, JOHNSON & JOHNSON, LLP


                                          By: /s/ Kenneth G. Johnson
                                              KENNETH G. JOHNSON
                                              Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

In recognition of the death of Plaintiff Richard Stoehr, and pursuant to the Stipulation above, the Defendant's Motion to Dismiss the Amended Complaint, which is scheduled to be heard by the Court on October 24, 2008, is Hereby Continued until January 23, 2009 at 10:00 a.m.

Further, the Status Conference which was scheduled for November 14, 2008 is Hereby Continued until January 23, 2009 at 10:00 a.m.

Finally, discovery is Hereby Stayed until the Status Conference on January 23, 2009.

**IT IS SO ORDERED**.

Dated: October  7 , 2008

By:_____
THE HONORABLE SAMUEL CONTI



2
NOTICE OF DEATH OF A PARTY & STIPULATION EXTENDING MOTION TO DISMISS AMENDED COMPLAINT
CASE NO. C-08-0185-SC

426821.02