KEKER & VAN NEST, LLP
STUART L. GASNER - #164675
ERIC H. MACMICHAEL - #231697
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
UBS SECURITIES LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD J. STOEHR,<br><br>            Plaintiff,<br><br>    v.<br><br>UBS SECURITIES LLC AND DOES 1 THROUGH 50,<br><br>            Defendants. | Case No. C-08-0185-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO DISMISS AMENDED COMPLAINT** |

In light of the death of the only named plaintiff, and in order to allow plaintiff's estate sufficient time to determine the appropriate course of action, the parties Hereby Stipulate and Agree as follows:

Defendant's Motion to Dismiss the Amended Complaint, which is scheduled to be heard by the Court on January 23, 2009 at 10:00 a.m., should be continued until March 6, 2009 at 10:00 a.m.

Further, the parties Hereby Stipulate and Agree that the Status Conference which was scheduled for January 23, 2009 should be continued until March 6, 2009 at 10:00 a.m.

Discovery is Stayed until the Status Conference on March 6, 2009.

Dated: January 5, 2009                KEKER & VAN NEST, LLP


By: /s/ Eric MacMichael
ERIC MACMICHAEL
Attorneys for Defendant

Dated: January 5, 2009                JONES, CLIFFORD, JOHNSON & JOHNSON, LLP


By: /s/ Kenneth G. Johnson
KENNETH G. JOHNSON
Attorneys for Plaintiff

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the Defendant's Motion to Dismiss the Amended Complaint, which is scheduled to be heard by the Court on January 23, 2009 at 10:00 a.m., is hereby continued until March 6, 2009 at 10:00 a.m.

Further, the Status Conference which was scheduled for January 23, 2009 at 10:00 a.m. is continued until March 6, 2009 at 10:00 a.m.

Finally, discovery is Hereby Stayed until the Status Conference on March 6, 2009.

**IT IS SO ORDERED.**

Dated: January __6__, 2009

By:_____
THE HONORABLE SAMUEL CONTI

